# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHNNY RAMSEY,<br><br>           Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE & ACCIDENT INSURANCE COMPANY,<br><br>           Defendants. | Case No. 4:12-cv-00527-BLW<br><br>**JUDGMENT** |

   In accordance with the Order of Dismissal with Prejudice filed concurrently herewith,

   NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Judgment be entered and that this case be DISMISSED IN ITS ENTIRETY.

DATED: August 7, 2013

B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1